**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CLEVELAND EVANS                                                                    PETITIONER
ADC #147756

v.                                          4:24-cv-00505-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Department of Corrections                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.   After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 18th day of July 2024.

BILLY ROY WILSON
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE